IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| WB Music Corp., et al., | ) | No. CV09-1528-PHX-SRB (LOA) |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| South Beach Restaurant, Inc., et al., | ) | |
| Defendants. | ) | |

The Court has considered the Findings of Fact, Conclusions of Law and Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 32).

IT IS ORDERED granting Plaintiffs' Motion for Default Judgment. (Doc. 26).

IT IS FURTHER ORDERED that judgment be entered in favor of Plaintiffs and against Defendants South Beach Restaurant, Inc.; Frank Tsikitis and Jane Doe Tsikitis, his wife; Mario Rana and Angela Rana, and each of them, jointly and severally, in the amount of $30,000.00 until paid in full; together with reasonable attorney's fees and taxable costs in the amount of $6,818.74, and non-taxable costs in the amount of $247.34. These amounts shall bear interest at the federal rate from the date of Judgment until paid.

1    IT IS FURTHER ORDERED that Defendants, jointly and severally, and all
2 persons acting under the direction, control, permission and authority of Defendants, be
3 enjoined and restrained permanently from publicly performing, and for causing them or
4 permitting them to be publicly performed, by Defendants South Beach Restaurant, Inc.;
5 Frank Tsikitis and Jane Doe Tsikitis, his wife; Mario Rana and Angela Rana, or in any
6 place owned, controlled or conducted by them, and from aiding and abetting the public
7 performance of any copyrighted musical works in the ASCAP repertory without
8 permission obtained from ASCAP or directly from the copyright owner.

10    DATED this 21st day of December, 2009.

_____
Susan R. Bolton
United States District Judge